# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Teddy Albert Allman
Teresa Gail Allman -formerly Davidson-
by Power of Attorney
(Full name of the Plaintiff(s) in this action)

V.

Correct Care Solutions &
Correct Care Intergrated
Health Care Inc. Et. Al

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:14CV-707-H
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) Plaintiff(s). Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Teddy Albert Allman #182972

Place of Confinement: Roederer Correctional Complex

Address: P.O. 69, LaGrange, Ky 40031

Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: Teresa Gail Allman/Davidson formerly

Place of Confinement: N/A

(1)

Address: 1929 Jolinda Drive, Columbus, In 47203

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__) N/A

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Correct Care Solutions Inc. Et Al. is employed as Kentucky Dept. of Corrections Health Care Provider - Entire State

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant Correct Care Intergrated Health Care Inc. Et Al. is employed as Ky. D.O.C. Health Care Provider - Entire State

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

II. **PREVIOUS LAWSUITS**

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (X) NO (___)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): *Teddy Albert Allman*

Defendant(s): *Correct Care Intergrated Health Care Inc. Et Al.*

Court (if federal court, name the district. If state court, name the county):
*Eastern District of Kentucky @ Ashland*

Docket number: *13-CV-094-HRW*

Name of judge to whom the case was assigned: *Henry R. Wilhoit*

Type of case (for example, habeas corpus or civil rights action): *Civil Rights*

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
*To the best of my knowledge the case is still pending*

Approximate date of filing lawsuit: *Fed. Case in March 2013?*

Approximate date of disposition: *Pending?*

3

### III. STATEMENT OF CLAIM(S) ①

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

In 2008 I was first diagnosed with a mild aortic valve "murmur" known as Aortic Valve Regurgitation that has progressively gotten worse and due to my incarceration I have Not been given adequate medical health care and treatment with 1.) an acute physical condition, 2.) with the urgent need for medical care, 3.) with the failure or refusal to provide it, and 4.) with tangible residual injury as a result of 1 through 3 where the result may be crippling injury, or the very deprivation of life itself, since I am restrained by the authority of the state and cannot seek medical aid or provide the necessities of needed surgery for sustaining life and health. This type of punishment is cruel when it involves some form of torture or a lingering death which involves the unnecessary and wanton infliction of pain. This action is involving a fact of deliberate indifference that is a violation of my rights under the 8th and 14th amendments of the United States Constitution. Please see the attached copies of my grievance with the pages of case law that were attached to that said grievance along with very crutial medical records and information that was submitted in support of my grievance that has been denied all the way through to the Head medical directors office and signed off on by Dr. Douglas Crall himself, in support of the denial to be seen and given proper and adequate care by a qualified

4

**III. STATEMENT OF CLAIM(S) continued (2)**

Cardiologist who can provide me with the needed open heart surgery to repair the "Hole" in the center wall of my heart and repair or replace the damaged Aortic Valve which is now listed as a rating of **Moderate to Severe** which is the same rating of the Focal Left Ventricular Apical Wall Defect shown diagnosed on 12-13-12 under 13-CV-094-HRW. Now, my diagnosis in need of treatment, listed within the grievance of 14-135 filed on 8-27-2014 seven days after my arrival at the Roederer Corr. Complex on 8-20-14 & Upon being given a physical by intake staff 3 days later, where I was told I would not be given any access to a Cardiologist at this time and would be forced to wait and suffer without needed proper medications even thoe it is a known fact within my medical file that I have already had numerous cardiac events as mild heart attacks and been hospitalized for such. Now I am at risk of a Major Heart Attack and even Death due to the lack of needed surgery & with ongoing cardiac care. Please note the attached copy of my most recent Stress Echocardiogram Report done on 3-11-2014! I am respectfully requesting that this Honorable Court allow for the appointment of special representation due to my failing health and please provide me with a docket sheet and a copy of any Orders regarding this filed action so that I can forward a copy to my wife @ Teresa G. Allman, 1929 Jolinda Dr., Columbus In. 47203, @ 1-812-341-6235 due to the fact that I feel my life is in jeopardy and I could die due to an imminent Cardiac event at any time due to the lack of being provided medical treatment that is well over due! And furthermore,

(5)-A.

Actual Medication Lable →

```
ALLMAN,TEDDY 182972
Isosorbide DN 20mg Tablet          QN:30
SUB FOR ISORDIL TITRADOSE MFG:GE OF 120
TAKE TWO TABLET(S) ORALLY              ID#139366985
TWICE DAILY X 356 DAYS

RX# 59899510  DC:10/09/2015
PRESCRIBER WASHINGTON, APRN (RC,R PMJ
```

### III. STATEMENT OF CLAIM(S) continued (3)

As I see this situation, that I am currently being forced to endure unnecessary pain and suffering without available analgesic relief that has been prescribed to me in the past, and what is my immediate concern, as to that which may or may not have been in the minds of the drafters of the 8th Amendment. Everyday I am also being forced to live with the thought through realizing that the constant recurring chest pain for which I must now take a time release nitrate based medication of Isosorbide DiNitrate 20mg X2X2 daily, wondering when I will have that last feeling of intence pain in my chest that may end my life, depriving me and my wife of my life, liberty and the pursuit of our Happiness with her and our family. This is not only a blatant disregard of my rights under the 8th and 14th Amendment's, as a cruel violation of my Due Process Rights, but my wife's as well, and should be seen as an act of attempted wanton murder! The unnecessary infliction of this type of suffering is by any standard an indecent act against me and my life, and thereby in the event of my untimley death at just 43 years of age as I am now, would subject my wife, children and grandchildren to the same acts of depravation along with her as she is now having to share in the mental anguish that I am faced with each day, wondering when I will die and if I will even live long enough to make it home when I am scheduled for my release on the 25th of November in 2016. That is, without proper and adequate medical care and treatment between now and that date of release.

(5.-B.)

IV.   RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__  award money damages in the amount of $ 1,000,000.00 for the needed surgery and followup treatments.

__X__  grant injunctive relief by, An Order To Provide Me With Needed Medical Care Before I Die!

__X__  award punitive damages in the amount of $ 100,000,000.00 for the violation's of my/our rights.

__X__  other: Allow for the special appointment of needed legal representation to assist my wife and I due to my failing health and in the event of my untimley death.

V.   DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 19th day of October, 2014.

_Teddy Albert Allman_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)
Teresa Gail Allman

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 10- -2014, As Well As, A copy of this page has been mailed to the second plaintiff listed Mrs. Teresa Gail Allman @ 1929 Jolinda Drive, in Columbus Indiana 47203, for her to personally sign and return to the U.S. District Court Clerks Office @ 601 West Broadway Street, Room 106 Louisville Kentucky 40202. I Teddy Albert Allman, have listed my wife as a plaintiff in this action on account of her interests in this matter and by Power of Attorney given to me by her on 4-30-2007, see attached.

_Teddy Albert Allman_
(Signature)

6